Joel E. Tasca
Nevada Bar No. 14124
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
chavezd@ballardspahr.com

*Attorneys for Defendant*
*Merrick Bank*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Raymond Gagnon,<br><br>   Plaintiff,<br><br>v.<br><br>Speedy Cash, LLC dba Rapid Cash; Continental Finance, LLC; Merrick Bank,<br><br>   Defendants. | Case No. 2:22-cv-01296-GMN-VCF<br><br>JOINT MOTION AND ~~PROPOSED~~ ORDER TO EXTEND TIME FOR MERRICK BANK TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(First Request) |

  The response of Defendant Merrick Bank to Plaintiff Raymond Gagnon's Amended Complaint (ECF No. 5) is due September 21, 2022.  Merrick Bank has requested, and Plaintiff has agreed, that Merrick Bank have up to and including October 5, 2022, to respond to Plaintiff's Complaint to provide time for Merrick Bank to investigate Plaintiff's allegations, prepare a response, and explore the possibility of resolving Plaintiff's claims.

[*Continued on following page*]

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

Dated: September 21, 2022

| BALLARD SPAHR LLP | KRIEGER LAW GROUP, LLC |
|---|---|
| By: /s/ David E. Chavez<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*JPMorgan Merrick Bank, NA* | By: /s/ David H. Krieger<br>David H. Krieger<br>Nevada Bar No. 9086<br>Shawn W. Miller<br>Nevada Bar No. 7825<br>5502 South Fort Apache Road, Suite 200<br>Las Vegas, Nevada 89148<br>dkrieger@kriegerlawgroup.com<br>smiller@kriegerlawgroup.com<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 9-22-2022