David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
5502 S. Fort Apache Road, Ste 200
Las Vegas, Nevada 89148
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorney for Plaintiff
*Raymond Gagnon*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND GAGNON,<br><br>        Plaintiff(s),<br><br>  vs.<br><br>SPEEDY CASH, LLC dba RAPID CASH;<br>CONTINENTAL FINANCE, LLC;<br>MERRICK BANK,<br><br>        Defendant(s). | Case No.: 2:22-cv-01296-GMN-VCF<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT CONTINENTAL FINANCE, LLC TO ANSWER OR RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

Continental Finance, LLC ("Continental") was served with the Summons and Complaint in this case on September 2, 2021 and the current deadline for Continental to respond or otherwise answer the First Amended Complaint ("Complaint") is September 23, 2022.

Plaintiff's counsel has been in communication with Continental and has agreed to a thirty (30) day extension of time to **October 24, 2022** for Continental to respond or otherwise answer the Complaint.  The purpose of the extension is to allow time for Continental to locate relevant files, retain local counsel to represent Continental in this matter, and to explore the possibility of early settlement.  This is the first request for extension and is made for good cause and not for the purposes of delay.

Dated: September 22, 2022.

*/s/ Shawn W. Miller*
David H. Krieger, Esq.
Shawn W. Miller, Esq.
KRIEGER LAW GROUP, LLC
5502 S. Fort Apache Road
Suite 200
Las Vegas, Nevada 89148
***Attorneys for Plaintiff***

## ORDER GRANTING EXTENSION OF TIME

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: 9-22-2022