1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Joel E. Tasca
Nevada Bar No. 14124
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
chavezd@ballardspahr.com

*Attorneys for Defendant*
*Merrick Bank*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Raymond Gagnon, | Case No.    2:22-cv-01296-GMN-VCF |
| Plaintiff, | **JOINT MOTION AND ~~PROPOSED~~ ORDER TO EXTEND TIME FOR MERRICK BANK TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| Speedy Cash, LLC dba Rapid Cash; Continental Finance, LLC; Merrick Bank, | **(Third Request)** |
| Defendants. | |

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

The response of Defendant Merrick Bank to Plaintiff Raymond Gagnon's Amended Complaint (ECF No. 5) is due October 14, 2022.  Merrick Bank has requested, and Plaintiff has agreed, that Merrick Bank have up to and including October 24, 2022, to respond to Plaintiff's Complaint to provide time for Merrick Bank to continue investigating Plaintiff's allegations, prepare a response, and explore the possibility of resolving Plaintiff's claims.

[*Continued on following page*]

1    This is the third request for an extension, and it is made in good faith and not

2    for purposes of delay.

3         Dated:  October 14, 2022.

4    BALLARD SPAHR LLP                           KRIEGER LAW GROUP, LLC

5

6    By:  /s/ David E. Chavez                    By:  /s/  David H. Krieger
     Joel E. Tasca                               David H. Krieger

7    Nevada Bar No. 14124                         Nevada Bar No. 9086
     David E. Chavez                             Shawn W. Miller

8    Nevada Bar No. 15192                         Nevada Bar No. 7825
     1980 Festival Plaza Drive, Suite 900         5502 South Fort Apache Road, Suite 200

9    Las Vegas, Nevada 89135                      Las Vegas, Nevada 89148
                                                 dkrieger@kriegerlawgroup.com

10   *Attorneys for Defendant*                    smiller@kriegerlawgroup.com
     *JPMorgan Merrick Bank, NA*

11                                                *Attorneys for Plaintiff*

12

13

14

15

16                                        **ORDER**

17   IT IS SO ORDERED:

18

19   _____
     UNITED STATES MAGISTRATE JUDGE

20                        10-17-2022
21   DATED:  _____

22

23

24

25

26

27

28

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070